IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN C. TOMBERLIN AND JAN M. TOMBERLIN, | ) ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| JOHN C. TOMBERLIN and JAN M. TOMBERLIN, | ) ) | |
| | ) | |
| Appellants, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv641-MHT |
| | ) | (WO) |
| NCP BAYOU 2, LLC as Successor-in-interest to Multibank 12009-01 CML-ADC Venture, LLC, et al., | ) ) ) ) ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

Upon consideration of appellants' motion to withdraw the notice of appeal, it is ORDERED that the motion (doc. no. 2) is granted, and the notice of appeal (doc. no. 1-1) is withdrawn.

This appeal is closed.

DONE, this the 23rd day of July, 2018.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE